IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATISHA JOHNSON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GLOBAL CREDIT COLLECTION CORP.<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>NO. 1:10-cv-00360-RJA |

## STIPULATION OF DISMISSAL

AND NOW, this 30th day of August, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

　　　　　　　　　　　　　Warren & Vullings, LLP


　　　　　　　　　　　BY:　/s/ *Brent F. Vullings*
　　　　　　　　　　　　　Brent F. Vullings, Esquire
　　　　　　　　　　　　　Attorney for Plaintiff



　　　　　　　　　　　BY: */s/ Christopher W. McMaster*
　　　　　　　　　　　　　Christopher W. McMaster, Esquire
　　　　　　　　　　　　　Attorney for Defendant